2015 WY 44

**Garett Robb COOK, Appellant (Defendant),**

v.

**The STATE of Wyoming, Appellee (Plaintiff).**

No. S–14–0274.

Supreme Court of Wyoming.

March 25, 2015.

E. JAMES BURKE, Chief Justice.

[¶ 1] **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's September 5, 2014, "Order of Revocation of Probation Pursuant to W.S. § 7–13–301 and Judgment and Sentence."

---

In that order, the district court revoked Appellant's probation following Appellant's admission to the alleged probation violations. The district court then imposed a prison sentence for Appellant's conviction for conspiracy to deliver a controlled substance.

[¶2] On January 28, 2015, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). On February 5, 2015, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief or Other Pleading." This Court ordered that, on or before March 12, 2015, Appellant "may file with this Court a *pro se* brief or other pleading specifying the issues Appellant would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3] Now, following a careful review of the record and the *"Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order of Revocation of Probation Pursuant to W.S. § 7-13-301 and Judgment and Sentence" should be affirmed. It is, therefore,

[¶4] **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Garett Robb Cook, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5] **ORDERED** that the district court's September 5, 2014, "Order of Revocation of Probation Pursuant to W.S. § 7-13-301 and Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6] **DATED** this 25th day of March, 2015.

**BY THE COURT:**
/s/ **E. JAMES BURKE**
**Chief Justice**